AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

Juan Francisco Lara Recinos et al

*Plaintiff(s)*

v.   Civil Action No. 23-7517 FB-SJB

Benzion Eli Weinfeld et al

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  see attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Catalina Sojo
CSM Legal P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney

CLERK OF COURT

Date: 10/10/2023

*Alisha Francis*
Signature of Clerk or Deputy Clerk



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-7517 FB-SJB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by **Fed. R. Civ. P. 4** (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...                                                                                   Reset

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------
*JUAN FRANCISCO LARA RECINOS, EVA FABIOLA GALEANO, and NELSON BILANDER DEL CID ORELLANO,*
individually and on behalf of others similarly situated,

Plaintiffs,

-against-

BENZION ELI WEINFELD AKA BENJAMIN, GIOVANNI PEREZ, DENNIS PEREZ, COUNTRYWIDE STONE NY INC. (D/B/A COUNTRYWIDE STONE), COUNTRYWIDE STONE & MARBLE INC. (D/B/A COUNTRYWIDE STONE & MARBLE INC.), and COUNTRYWIDE STONE, LLC (D/B/A COUNTRYWIDE STONE, LLC),

*Defendants.*

------------------------------------------------------X

**RIDER TO REQUEST FOR SUMMONS**

Benzion Eli Weinfeld
(AKA Benjamin)
222 Varick Ave,
Brooklyn, NY 11237

Giovanni Perez
222 Varick Ave,
Brooklyn, NY 11237

Dennis Perez
222 Varick Ave,
Brooklyn, NY 11237

Countrywide Stone NY Inc.
(d/b/a Countrywide Stone)
222 Varick Ave,
Brooklyn, NY 11237

Countrywide Stone & Marble Inc.
(d/b/a Countrywide Stone & Marble Inc.)
1920 59th St,
Brooklyn, NY 11204

Countrywide Stone, LLC
(d/b/a Countrywide Stone, LLC)
1454 45th St,
Brooklyn, NY 11219